[56 NYS3d 893]

In the Matter of DANIEL FRANKLIN SPITALNIC, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, August 2, 2017

**APPEARANCES OF COUNSEL**

*Faith Lorenzo*, Hauppauge (*Ian P. Barry* of counsel), for petitioner.

## OPINION OF THE COURT

Per Curiam.

On March 28, 2017, upon a plea of guilty before the Honorable Meryl J. Berkowitz, Acting Supreme Court Justice of the Supreme Court, Nassau County, the respondent was found guilty of three counts of grand larceny in the second degree, in violation of Penal Law § 155.40 (1), a class C felony. There is no record of the respondent having notified this Court of his conviction as required by Judiciary Law § 90 (4) (c).

The Grievance Committee for the Tenth Judicial District now moves to strike the respondent's name from the roll of attorneys and counselors-at-law pursuant to Judiciary Law § 90 (4) (b) based upon his felony conviction. Although the respondent was duly served, he has neither opposed the motion, nor interposed any response thereto.

Pursuant to Judiciary Law § 90 (4) (a), the respondent was automatically disbarred and ceased to be an attorney upon his conviction of a felony.

Accordingly, the motion to strike the respondent's name from the roll of attorneys and counselors-at-law is granted, pursuant to Judiciary Law § 90 (4) (b), to reflect the respondent's automatic disbarment as of March 28, 2017.

ENG, P.J., RIVERA, DILLON, BALKIN and MILLER, JJ., concur.

Ordered that the motion is granted; and it is further,

Ordered that pursuant to Judiciary Law § 90 (4) (a), the respondent, Daniel Franklin Spitalnic, is disbarred, effective March 28, 2017, and his name is stricken from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90 (4) (b); and it is further,

Ordered that the respondent, Daniel Franklin Spitalnic, shall comply with the rules governing the conduct of disbarred or suspended attorneys (*see* 22 NYCRR 1240.15); and it is further,

Ordered that pursuant to Judiciary Law § 90, the respondent, Daniel Franklin Spitalnic, is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, judge, justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and it is further,

Ordered that if the respondent, Daniel Franklin Spitalnic, has been issued a secure pass by the Office of Court Adminis-

tration, it shall be returned forthwith to the issuing agency, and the respondent shall certify to the same in his affidavit of compliance pursuant to 22 NYCRR 1240.15 (f).